**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 3

| | |
|---|---|
| MARCATUS QED, INC.,<br>        Plaintiff,<br>   v.<br>UNITED STATES,<br>Defendant. | **SUMMONS**<br><br>**Court No. 24-00091** |

**TO:** The Attorney General, and the U.S. Department of Commerce

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the U.S. Department of Commerce's determination described below.

              **/s/ Mario Toscano**
              Clerk of the Court

---

1. Plaintiff Marcatus QED, Inc. is an importer of the subject merchandise. Plaintiff fully participated as an interested party within the meaning of 19 U.S.C. § 1677(9)(A) ) in the scope inquiry proceeding before the U.S. Department of Commerce ("Commerce Department") that resulted in the contested final scope determination. Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).
_____
  (Name and Standing of plaintiff)

2. Plaintiff contests the U.S. Department of Commerce's Final Scope Ruling regarding *Marcatus' Whole Garlic Cloves Preserved in Brine*, dated April 18, 2024, finding that whole garlic cloves preserved in brine imported by Marcatus QED, Inc. are within the scope of the antidumping duty order on fresh garlic from the People's Republic of China (Case No. A-570-831).
_____
  (Brief description of contested determination)

3.  April 18, 2024_____
  (Date of determination)

1

4. The U.S. Department of Commerce issued its final scope ruling on April 18, 2024, in an unpublished decision
_____

    (If applicable, date of publication in Federal Register of notice of contested determination)

<u>/s/ Daniel L. Porter</u>

Daniel L. Porter
**Curtis, Mallet-Prevost, Colt & Mosle LLP**
1717 Pennsylvania Ave. N.W.
Washington, D.C. 20006
Tel. (202) 452-7373

*Counsel for Plaintiff*

May 16, 2024

## SERVICE OF SUMMONS BY THE CLERK

This Summons is being served on the following:

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
**U.S. DEPARTMENT OF JUSTICE**
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Gina Raimondo
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
**U.S. DEPARTMENT OF COMMERCE**
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
**U.S. DEPARTMENT OF JUSTICE**
P.O. Box 480
Ben Franklin Station
Washington, DC 20444

                                                **/s/ Mario Toscano**
                                                Clerk of the Court