## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MARCATUS QED, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant. | **Court No. 24-00091** |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Gary S. Katzmann, is hereby reassigned to the Honorable M. Miller Baker.

Dated at New York, New York, this 16th day of August, 2024

               /s/ Mark A. Barnett
               Mark A. Barnett
               Chief Judge